**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

PAUL LORENZO and SALLY LORENZO,

        Plaintiffs,

vs.

C.R. BARD INC.; DAVOL INC.; COVIDIEN INC.; SWD HOLDING, INC. I; and TYCO HEALTHCARE GROUP LP, INCORRECTLY DENOMINATED HEREIN AS TYCO HEALTHCARE GROUP, LIMITED PARTNERSHIP,

        Defendants.
_____/

CIVIL ACTION NO.: 09-61480-Civ
DIMITROULEAS/SNOW

**CORPORATE DISCLOSURE STATEMENT OF COVIDIEN INC.**

Covidien Inc. is an indirect affiliate of Covidien plc, a publicly traded company.

    Respectfully submitted,

    SHOOK, HARDY & BACON L.L.P.
    Miami Center, Suite 2400
    201 South Biscayne Boulevard
    Miami, Florida 33131-4332
    Telephone:  305.358.5171
    Facsimile:  305.358.7470

    By:   /s/Alfred J. Saikali
        ALFRED J. SAIKALI
        FLA. BAR NO.:  178195

    Attorneys for Defendants
    Covidien Inc., SWD Holding, Inc. I and Tyco
    Healthcare Group LP, Incorrectly Denominated as
    Tyco Healthcare Group, Limited Partnership

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 21st day of December, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Walter G. Campbell, Jr.
Krupnick, Campbell, Malone, Buser,
Slama, Hancock, Liberman, & McKee
700 Southwest Third Avenue
Courthouse Law Plaza, Suite 120
Fort Lauderdale, FL  33316
954-763-8181

ATTORNEYS FOR PLAINTIFFS

            By:   /s/Alfred J. Saikali
              ALFRED J. SAIKALI

2

LAW OFFICES
SHOOK, HARDY & BACON LLP
MIAMI CENTER, SUITE 2400, 201 SOUTH BISCAYNE BOULEVARD, MIAMI, FLORIDA 33131-4332 •TELEPHONE (305) 358-5171
623055 v1