UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

PAUL LORENZO and SALLY LORENZO,

          Plaintiffs,

vs.

COVIDIEN INC.; SWD HOLDING, INC. I;
and TYCO HEALTHCARE GROUP LP,
INCORRECTLY DENOMINATED HEREIN
AS TYCO HEALTHCARE GROUP, LIMITED
PARTNERSHIP,

          Defendants.
_____/

CIVIL ACTION NO.: 09-61480-Civ
DIMITROULEAS/SNOW

## JOINT STIPULATION OF DISMISSAL

      Plaintiffs Paul Lorenzo and Sally Lorenzo and Defendants Covidien Inc. and Tyco Healthcare Group LP, incorrectly denominated herein as Tyco Healthcare Group, Limited Partnership, file this Joint Stipulation of Dismissal of defendant SWD Holding, Inc. I under Federal Rule of Civil Procedure 41(a)(1)(ii).  The factual basis for such Stipulation of Dismissal is set forth below.

      1.  Plaintiffs named both Covidien Inc. and SWD Holding, Inc. I as defendants in this matter.

      2.  On July 19, 2007, SWD Holding, Inc. I filed an Amendment to its Application for Authorization to Transact Business in Florida.  Such amendment changed the name of the corporation from SWD Holding, Inc. I to Covidien Inc. (See Exhibit A, attached hereto).  This change was also effected under the law of jurisdiction of incorporation for SWD Holden, Inc. I (Delaware) on July 10, 2007.

3. Because SWD, Inc., I is the same corporate entity as Covidien, Inc., simply with a different name, it is not necessary to name both SWD Holding, Inc. I and Covidien, Inc. as defendants in this matter.

4. Plaintiffs Paul and Sally Lorenzo hereby dismiss this action again SWD Holding, Inc. I pursuant to Fed. R. Civ. Pro 41(a)(1)(A).

5. This case is not a class action, a receiver has not been appointed in this action and this case is not governed by any federal statute that requires an order of the court for dismissal of the case against SWD Holding, Inc. I.  Plaintiff has not previously dismissed an action against SWD Holding, Inc. I based on or including the same claims as those presented in this suit.

DATED this 17th of May, 2010

Respectfully submitted,

| | |
|---|---|
| SHOOK, HARDY & BACON L.L.P.<br>Alfred J. Saikali<br>asaikali@shb.com<br>Miami Center, Suite 2400<br>201 South Biscayne Boulevard<br>Miami, Florida 33131-4332<br>305.358.5171<br>305.358.7470 fax<br><br>By:   /s/Alfred J. Saikali<br>      ALFRED J. SAIKALI<br>      FLA. BAR NO.:  178195<br><br>and<br><br>Michael D. Moeller (admitted pro hac vice)<br>mmoeller@shb.com<br>Laura B. Lawson (admitted pro hac vice)<br>llawson@shb.com<br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108-2613<br>Telephone:  816.474.6550<br>Facsimile:   816.421.5547<br><br>Attorneys for Defendants<br>Covidien Inc., SWD Holding, Inc. I, and Tyco Healthcare Group LP, Incorrectly Denominated as Tyco Healthcare Group, Limited Partnership | KRUPNICK, CAMPBELL, MALONE,<br>BUSER, SLAMA, HANCOCK, LIBERMAN<br>& MCKEE<br>Walter G. Campbell, Jr.<br>wcampbell@krupnicklaw.com<br>12 Southeast 7th Street<br>Suite 801<br>Fort Lauderdale, FL  33316<br>954.763.8181<br><br>By:   /s/ Walter G. Campbell, Jr.<br>      WALTER G. CAMPBELL, JR.<br>      FLA. BAR NO.:  161009<br><br>Attorneys for Plaintiffs<br>Paul Lorenzo and Sally Lorenzo |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of May, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Walter G. Campbell, Jr.
wcampbell@krupnicklaw.com
Krupnick, Campbell, Malone, Buser,
Slama, Hancock, Liberman, & McKee
12 Southeast 7th Street
Suite 801
Fort Lauderdale, FL  33316
954.763.8181
Attorneys for Plaintiffs

Alfred J. Saikali
asaikali@shb.com
Shook, Hardy & Bacon L.L.P.
Miami Center, Suite 2400
201 South Biscayne Boulevard
Miami, Florida 33131-4332
305-358-5171
305-358-7470 fax

and

Michael D. Moeller (admitted pro hac vice)
mmoeller@shb.com
Laura B. Lawson (admitted pro hac vice)
llawson@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Telephone:  816.474.6550
Facsimile:   816.421.5547

Attorneys for Defendants
Covidien Inc., SWD Holding, Inc. I, and Tyco Healthcare Group LP,
Incorrectly Denominated as Tyco Healthcare Group, Limited Partnership

3902520 v1